No. 1,608.—IN RE KELLY'S ESTATE.

*Appeal from District Court, Silver Bow County; John Lindsay, Judge.*

Decided June 18, 1903.

PER CURIAM.—This cause having been set for hearing this day, and no briefs having been filed, it is ordered that the appeal herein be and the same is hereby dismissed.

*Mr. L. P. Forrestell,* for Appellant.

———

No. 1,630.—STATE EX REL. BOSTON & MONTANA CONSOL. C. & S. MINING CO., RELATOR, *v.* DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT AND WILLIAM CLANCY, JUDGE THEREOF, RESPONDENTS.

Original—*Certiorari.*

Decided June 19, 1903.

PER CURIAM.—Upon motion of counsel for the relator this application for a writ of review is dismissed without costs, in accordance with the stipulation on file.

*Messrs. Forbis & Evans,* for Relator.

*Mr. J. M. Denny,* and *Messrs. Cullen, Day & Cullen,* for Respondents.